**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KRYSTIAN WNOROWSKI, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF NEW HAVEN,<br><br>     Defendant. | Case No.: 3:20-cv-01589-MPS |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL

Plaintiff Krystian Wnorowski ("Plaintiff"), hereby moves the Court, pursuant to Rules 23(a), 23(b)(2), 23(b)(3), and/or Rule 23(c)(4) of the Federal Rules of Civil Procedure, for an Order certifying classes defined as:

> **The Tuition Class:**
> All persons whom paid tuition for or on behalf of students enrolled in classes at the University of New Haven for the Spring 2020 Semester and were denied live in-person instruction from March 9, 2020 until the end of the Semester.

> **The Fees Class:**
> All persons whom paid fees for or on behalf of students enrolled at the University of New Haven who were charged fees for services, facilities, resources, events and/or activities for the Spring 2020 Semester that were not provided in whole or in part.

(FAC, ECF 9, ¶ 45) and appointing the named Plaintiff as Class Representative. Plaintiff also moves, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, for the appointment of Anastopoulo Law Firm, LLC as Class Counsel.

In support of his motion, Plaintiff submits contemporaneously-filed Memorandum of Law, which demonstrates that (1) the proposed Classes is so numerous that joinder of

**ORAL ARGUMENT REQUESTED**

all class members is impracticable; (2) there are questions of law or fact common to the Classes; (3) Plaintiff's claims are typical of the claims of the other members of the proposes Classes he seeks to represent; (4) Plaintiff and his counsel will fairly and adequately protect the interests of the proposed Classes; (5) the questions of law or fact common to the members of the proposed Classes predominate over any questions affecting only individual Class members; and (6) class treatment is superior to other available methods for fairly and efficiently adjudicating the controversy.

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order (i) certifying the proposed Classes pursuant to Rule 23(b)(2), 23(b)(3), and/or Rule 23(c)(4) of the Federal Rules of Civil Procedure, (ii) appointing the named Plaintiff as Class Representative, and (iii) appointing the undersigned counsel as Class Counsel, pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

Dated: February 15, 2022                    Respectfully submitted,

                                            /s/ *Roy T. Willey, IV*
                                            Eric M. Poulin*
                                            Roy T. Willey, IV*
                                            Blake G. Abbott*
                                            **ANASTOPOULO LAW FIRM, LLC**
                                            32 Ann Street
                                            Charleston, SC 29403
                                            (P):  (843) 614-8888
                                            (F):  (843) 494-5536
                                            Email: eric@akimlawfirm.com
                                                   roy@akimlawfirm.com
                                                   blake@akimlawfirm.com

                                               -AND-

Edward Toptani
**TOPTANI LAW OFFICES**
375 Pearl St
Ste 1410
New York, NY 10038
(P): 212-699-8930
(F): 212-699-8939
Email: edward@toptanilaw.com


**ATTORNEYS FOR PLAINTIFF**

\* *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022 a true and correct copy of the foregoing Motion and accompanying Memorandum of Points and Authorities was served via the Court's electronic filing system to all counsel of record.

/s/ Roy T. Willey, IV
Roy T. Willey, IV