IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRYSTIAN WNOROWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NEW HAVEN,<br><br>Defendant. | Case No.: 3:20-cv-01589-MPS |

## DECLARATION OF KRYSTIAN WNOROWSKI

I, Krystian Wnorowski, make this Declaration pursuant to 28 U.S.C. § 1746:

1. I was a student at Defendant University of New Haven in March 2020 the Spring 2020 semester.

2. Prior to my enrollment for the Spring 2020 semester, I paid tuition and fees to University of New Haven.

3. I submit this Declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

4. I currently reside in, and am a citizen of Warren, Connecticut.

5. I am represented by Roy T. Willey, IV of Anastopoulo Law Firm, LLC in South Carolina.

6. I initiated contact with the Anastopoulo Law Firm, LLC and had discussions with Mr. Willey and his staff as to the duties and obligation of a plaintiff in a proposed class action.

7. I reviewed the draft of the complaint and authorized it to be filed to initiate this lawsuit on behalf of myself and on behalf of two proposed classes. The complaint that included me was filed in this Court in Case No. 3:20-cv-01589-MPS on October 22, 2020. (ECF No. 1).

8. I understand that an amended complaint was filed in this Court on November 12, 2020. (ECF 9).

9. Once I became a plaintiff in this case, I conferred regularly with Anastopoulo Law Firm. In addition to numerous telephone and zoom calls with counsel to discuss the case, I also exchanged with my counsel via email.

10. Mr. Willey and his staff often had questions for and needed information and documents from me concerning my time at University of New Haven, my interactions with the university, documents generated by me and/or the university which the university and I exchanged, all in an effort to advance the claims of the students that the university had breached its contracts with the students and/or had been unjustly enriched at our expense by retaining the tuition and fees we had paid for the Spring 2020 semester. I readily provided them with whatever I knew or could find what they requested.

11. I am knowledgeable about the nature of this case and am ready and able to serve as class representative in this action. I am seeking to be a class representative on behalf of all students enrolled at the University of New Haven who paid tuition and fees to the University of New Haven for an in-person and on-campus education and educational services, facilities, activities, and amenities that were not provided to all students during the entire Spring 2020 Semester.

12. I have also dedicated significant amounts of time to this litigation through my participation in the following activities during the course of the litigation thus far: (i) reviewing and investigating the claims against University of New Haven; (ii) communicating with my counsel in connection with the investigation of the claims and the preparation of the class action complaints that included me and the filing of both; (iii) reviewing and approving both complaints filed on my behalf and other pleadings and documents filed in the action and the discussions with

my counsel in connection therewith; (iv) regular update communications with counsel concerning the status and strategy of the action; (v) regular updates with my counsel regarding New Haven's motion to dismiss and Plaintiff's successful efforts to oppose the motion to dismiss; and (vi) responding to New Haven's interrogatories and requests for production of documents.

13. I have not kept detailed daily or other time records which would show my precise amount of time I have devoted to this action, but I estimate my total time devoted to this litigation, including all of my phone calls, emails and other consultations with my counsel, reviewing the pleadings and other papers in the case, together with the time I spent responding to New Haven's interrogatories and requests for production, involved dozens of hours of my time from 2020 to the present.

14. I have and will continue to reasonably informed as to the status of this case and will work with my counsel to respond to future discovery requests and depositions. In addition to making myself available for a deposition, I am also willing to make myself available to testify at trial.

15. I understand that as class representative, I will have the duty to represent the best interests of all unnamed class members. To my knowledge, I do not have any conflicts of interest with the absent class members or individual interests that are in conflict of the interests of the unnamed class.

16. For all the foregoing reasons, I respectfully request that this Court name me as Class Representative.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 15, 2022

                                                    Krystian Wnorowski
                                                    2/15/2022