## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

KRYSTIAN WNOROWSKI, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

UNIVERSITY OF NEW HAVEN,

    Defendant.

Case No.: 3:20-cv-01589-MPS

## **DECLARATION OF ROY T. WILLEY, IV**

I, Roy T. Willey, IV, declare as follows:

1.     I am a licensed attorney and counsel for Plaintiff in the above-captioned matter.

2.     I have personal knowledge of the facts stated below. If called upon to do so, I could and would competently testify thereto.

3.     I am making this Declaration in support of Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

4.     I have served as lead counsel in hundreds of complex cases, and maintain an active trial practice actually trying cases to verdict. *See* Anastopoulo Firm Resume at ECF No. 52-4.

5.     Relevant to this litigation, myself or my firm have been named as lead or co-lead counsel in the following actions:

    a.  *In re Columbia University Tuition Refund Litigation*, 1:20-cv-03208-JMF (S.D.N.Y.);

    b.  *Ford v. Rensselaer Polytechnic Institute*, Case No. 1:20-cv-00470 (N.D.N.Y);

    c.  *Espejo v. Cornell University*, Case No. 3:20-cv-00467 (N.D.N.Y);

    d.  *Bergeron v. Rochester Institute of Technology*, Case No. 6:20-cv-06283 (W.D.N.Y);

    e. *In re: University of Miami COVID-19 Tuition and Fee Refund Litigation*, Case No. 0:20-cv-60851 (S.D. Fla.);

    f. *Quereshi v. American University*, Case No. 1:20-cv-01141 (D.D.C.);

    g. *Montesano v. The Catholic University of America*, Case No. 1:20-cv-01496 (D.D.C.);

    h. *Ryan v. University of Temple*, Case No. 2:20-cv-03434 (E.D. Pa.);

    i. *Levin v. Board of Regents of the University of Colorado*, 2020CV31409 (Dist. Ct. Denver); and

    j. *Alderman v. The Board of Governors of the Colorado State University System*, 2020CV31410 (Dist. Ct. Denver).

6. I am currently overseeing the litigation of over 40 like cases across the country. Myself and my firm have been at the forefront of the college refund litigation nationally.

7. Due to my experience, I have been asked to be a frequent lecturer and lawyer educator in the areas of complex litigation, civil procedure, e-discovery and ethics. My presentations have ranged from certification issues in collective and class actions to state trial lawyers conference including sitting members of the judiciary, to top trial strategies and top ethics challenges involving duties to prospective clients as a nationally available CLE. For all my experience and efforts, I have been named among *America's Top 100 High Stakes Litigators*, *a Super Lawyers Rising Star*, *National Top 10 Under 40*, and have been repeatedly recognized for both my community and professional involvement.

8. Anastopoulo Law Firm is headquartered in Charleston, South Carolina. Our firm focuses solely on civil litigation matters and in 2019 alone, recovered nearly $60,000,000 on behalf of our clients.

9. Anastopoulo Law Firm currently employs over 100 dedicated professionals, including 28 attorneys who are collectively licensed to practice in over a dozen state and federal bars across the country.

10. In addition, Anastopoulo Law Firm is among the remaining few firms nationally that regularly tries cases to verdict. For this purpose, our firm employs four full time investigators, and maintains an internal mock trial program that allow us to test and develop theories and case strategies from the outset.

11. We also have the in-house capability to arrange and conduct external focus groups, which we do on a regular basis.

12. Specific to tuition and fee refund litigation, our firm has assembled an in-house team of four lawyers, together with dedicated support staff, who are working exclusively on such cases, and our firm has set aside the resources necessary to grow this team as needed. Collectively, the team has already spent over 15,000 hours specific to the tuition refund litigation nationwide.

13. With respect to tuition refund litigation generally, the Anastopoulo Law Firm filed what is believed to be the second such lawsuit anywhere in the nation on April 8, 2020 and thereafter filed the third, fifth and sixth complaints of this type nationally. Since that time, our team has been contacted by thousands of students throughout the country. Currently, our firm has over 40 such cases pending throughout the country in various state and federal courts, and is in contact with hundreds of students at those schools.

14. Our firm's participation in such cases nationally creates a tremendous economy of scale that will benefit the Classes. Such scale will enable us to streamline such things as discovery requests, briefings, saving time and reducing ultimate costs to the Classes.

15. Our firm has never utilized third party litigation funding and is committed to self-funding all of its cases on behalf of its clients.  Anastopoulo Law Firm is willing to commit whatever resources are necessary to adequately represent the Classes in this matter.

16. I or my firm have done the following with respect to this matter:

    a. Investigated potential legal claims arising from Defendant's closure of its campus and failure to provide in-person classes during the Spring 2020 semester;

    b. Reviewed and analyzed numerous articles describing Defendant's challenged conduct, and conduct of other colleges and universities;

    c. Reviewed and analyzed Defendant's website;

    d. Reviewed and analyzed Defendant's policies, student handbooks, and course catalogs;

    e. Conferred with potential consulting experts regarding the technical aspect of Defendant's conduct;

    f. Reviewed an analyzed Defendant's initial production of documents;

    g. Investigated the nature of the challenged conduct at issue by reviewing social media, message boards, and websites;

    h. Reviewed and analyzed the public comments and statements made by Defendant related to the challenged conduct at issue;

    i. Investigated the adequacy of the named Plaintiff to represent the putative classes;

    j. Drafted the class action complaint in this action;

    k. Drafted the amended complaint in this action;

    l. Assisted the named Plaintiff in drafting responses to Defendant's discovery requests; and

    m. Drafted the present motion.

17. I am well-positioned to serve as lead counsel in view of my extensive experience successfully litigating and trying complex cases like this one.

18.     For the reasons stated above, I submit that appointment of Anastopoulo Law Firm, LLC as class counsel is in the best interest of the proposed classes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of February 2022, in Charleston, South Carolina

                                                */s/ Roy T. Willey, IV*
                                                Roy T. Willey, IV
                                                Anastopoulo Law Firm, LLC
                                                32 Ann Street
                                                Charleston, SC 29403
                                                Phone: (843) 614-8888
                                                Email: roy@akimlawfirm.com