IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRYSTIAN WNOROWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NEW HAVEN,<br><br>Defendant. | No. 3:20-cv-01589 (MPS)<br><br><br>November 8, 2024 |

### DEFENDANT'S SECOND COMPLIANCE STATUS REPORT

Pursuant to Paragraph 10 of the Court's October 11, 2023 order (ECF 160) (the "Final Judgment"), the Defendant University of New Haven ("UNH"), through its undersigned Counsel, respectfully submits this second status report regarding its compliance with the supplemental notices to Settlement Class Members described in Paragraphs 4 and 5 of the Agreement to Modify the Amended Settlement Agreement (ECF 158) ("Modification Agreement") between UNH and the Plaintiff Krystian Wnorowski on behalf of himself and Settlement Class Members.[1]  This second status report follows UNH's first status report (ECF 161), which was submitted to the Court on May 10, 2024.

After the Effective Date of the Settlement, UNH implemented the three forms of supplemental notice to the Settlement Class Members regarding the Non-Cash Tuition Credit, described in Paragraphs 3 through 5 of the Modification Agreement as required by Paragraph 9 of the Court's Final Judgment.  With respect to the notice described in Paragraph 4 of the

---

[1] All capitalized terms in this statement have the same meaning as those terms are defined in the Amended Settlement Agreement (ECF 138-1).

SG-21740946.1

Modification Agreement, on November 14, 2023, UNH published the following notice regarding the Non-Cash Tuition Credit in *The Charger Bulletin*, UNH's student newspaper:

> **If you were a UNH student enrolled in any UNH course as of March 24, 2020 (other than a non-matriculated high school student) and you did not opt out of the Settlement of *Krystian Wnorowski, on behalf of himself and others similarly situated v. University of New Haven,* Case No. 3:20-cv-1589 (D. Conn.), you will receive the one-time $200 Non-Cash Tuition Credit described in the Settlement if you enroll or have enrolled in a UNH course commencing in September 2023 or later**.  **Go to www.unewhavensettlement.com for more information.**

UNH has continued to publish the foregoing notice in *The Charger Bulletin* weekly since November 14, 2023, with the exception of the edition that was published in the week of September 30, 2024, which edition inadvertently omitted the notice.  The inadvertent omission was immediately corrected in the following edition, which included the notice, and the notice has since continued to be published weekly in *The Charger Bulletin*.

With respect to the supplemental notice described in Paragraph 5 of the Modification Agreement, on December 13, 2023, UNH published the same or a substantially similar notice in the electronic version of *The University of New Haven Alumni Magazine*.  UNH also included the same or a substantially similar notice in the paper version of *The University of New Haven Alumni Magazine*, which was mailed on December 23, 2023.  UNH also published the same notice in the electronic and paper versions of its Spring 2024 edition of *The University of New Haven Alumni Magazine*.  UNH also will include the notice in the electronic and paper versions of the Fall 2024 edition of *The University of New Haven Alumni Magazine*, which has yet to be published as of the time of this status report.

By: /s/ Michael A. King

**DEFENDANT,
UNIVERSITY OF NEW HAVEN**

Linda L. Yoder (ct01599)
Michael A. King (ct29389)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.:  (860) 251-5000
Fax:   (860) 251-5219
lyoder@goodwin.com
mking@goodwin.com

*Its Attorneys*

3

SG-21740946.1